**Jose Vargas SOTO, Petitioner-Appellant,**

v.

**Barbara RICKARD, Warden, Respondent-Appellee,**

and

**Bart Masters, Warden, Respondent.**

No. 17-6618

United States Court of Appeals, Fourth Circuit.

Submitted: September 26, 2017

Decided: September 28, 2017

Jose Vargas Soto, Appellant Pro Se.

Before NIEMEYER and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jose Vargas Soto, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Vargas-Soto v. Rickard,* No. 1:15-cv-07012, 2017 WL 1788662 (E.D.N.C. May 4, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*